Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SD HOTEL CIRCLE LLC,<br><br>Defendants. | Case No: 3:25-cv-2859<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the case has settled.

DATED this 11th day of November, 2025.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff